No. 90–93.   LANGENKAMP, SUCCESSOR TRUSTEE OF THE BANKRUPTCY ESTATES OF REPUBLIC TRUST & SAVINGS CO. ET AL. v. CULP ET AL., *ante*, p. 42.   Petition for rehearing denied.   JUSTICE KENNEDY took no part in the consideration or decision of this petition.

JANUARY 10, 1991

No. 90–342.   DESMIDT v. WISCONSIN.   Sup. Ct. Wis.   Certiorari dismissed under this Court's Rule 46.

JANUARY 14, 1991

No. 90–142.   DUNKEL v. UNITED STATES.   C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Cheek* v. *United States*, *ante*, p. 192.

No. A–474.   WILLIAMS v. FAUCETT ET AL.   Sup. Ct. Ala. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.